**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Yolanda Evans | § | Case No. 14-35254 |
| | § | |
| Debtor | § | |

**AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Zane L. Zielinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 PM on 12/11/2015 in Courtroom ,

Second Floor
Joliet City Hall Building
150 West Jefferson Street
Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/11/2015            By: /s/ Zane L. Zielinski
                                            Chapter 7 Trustee


*Zane L. Zielinski*
*105 West Madison*
*Suite 1500*
*Chicago, Illinois 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
Yolanda Evans                         §        Case No. 14-35254
                                      §
        Debtor                        §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,118.00 |
| and approved disbursements of | $ | 53.31 |
| leaving a balance on hand of[1] | $ | 6,064.69 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski | $ 1,361.80 | $ 0.00 | $ 1,361.80 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,361.80 |
| Remaining Balance | | $ | 4,702.89 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 129,382.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | $ 10,262.35 | $ 0.00 | $ 373.02 |
| 2 | Real Time Resolutions, Inc. | $ 116,015.03 | $ 0.00 | $ 4,216.99 |
| 3 | N. A. Capital One Bank (Usa) | $ 3,105.36 | $ 0.00 | $ 112.88 |
| | Total to be paid to timely general unsecured creditors | | $ | 4,702.89 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 19,726.02 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Cavalry Spv I, Llc | $ 19,726.02 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Zane L. Zielinski
Chapter 7 Trustee

*Zane L. Zielinski*
*105 West Madison*
*Suite 1500*
*Chicago, Illinois 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-35254-BWB
Yolanda Evans                                                             Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: adragonet            Page 1 of 2            Date Rcvd: Nov 12, 2015
                               Form ID: pdf006            Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2015.
db           +Yolanda Evans,   26922 River Bluff Road,   Channahon, IL 60410-8835
22455853      ARS National Services, Inc.,   PO Box 463023,   Escondido, CA 92046-3023
22455856    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank of America,   PO Box 982235,   El Paso, TX 79998)
22455854     +Bank of America,   PO Box 5170,   Simi Valley, CA 93062-5170
22455860      Bank of America,   PO Box 10423,   Van Nuys, CA 91410-0423
22455861     +Bank of America, N.A., successor by,   merger to BAC Home Loans Servicing,   PO Box 5170,
               Simi Valley, CA 93062-5170
22455862     +Blatt, Hasenmiller, Leibsker LLC,   125 S. Wacker Dr.,   Ste 400,   Chicago, IL 60606-4440
22455867    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One Bank,   PO Box 85520,   Richmond, VA 23285)
22455866     +Capital One,   90 Christiana Road,   New Castle, DE 19720-3118
22757327      Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
22455868     +Capital One Bank, N.A.,   PO Box 6492,   Carol Stream, IL 60197-6492
22455870     +Chase,   PO Box 15298,   Wilmington, DE 19850-5298
22455869      Chase,   Cardmember Services,   PO Box 15153,   Wilmington, DE 19886-5153
22455872     +Creditors Discount & Audit, Co.,   415 E. Main Street,   PO Box 213,   Streator, IL 61364-0213
22455877     +FirstSource Advantage, LLC,   205 Bryant Woods South,   Amherst, NY 14228-3609
22455878     +Freedman Anselmo Lindberg, LLC,   1771 W. Diehl Road, Suite 150,   PO Box 3228,
               Naperville, IL 60566-3228
22455880      Grant Smale,   24352 Woodhall Court,   Oak Lawn, IL 60453
22455882     +Law Offices of Ira T. Nevel, LLC,   175 North Franklin Street,   Suite 201,
               Chicago, IL 60606-1847
22455885     +MRS Associates of New Jersey,   1930 Olney Avenue,   Cherry Hill, NJ 08003-2016
22455884     +Mortgage Electronic Registration,   as nominee for Countrywide Bank,
               1901 E. Voorhees Street, Ste C,   Danville, IL 61834-4512
22455886    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage,   350 Highland Drive,   Lewisville, TX 75067)
22455888     +Ocwen Loan Servicing,   1776 S. Jackson Street,   Denver, CO 80210-3801
22455889    #+P. Scott Lowery, P.C.,   5680 Greenwood Plaza Blvd.,   Suite 500,
               Greenwood Village, CO 80111-2415
22455890     +Sandman, Levy, and Petrich,   134 N. LaSalle Street, 9th Floor,   Chicago, IL 60602-1000
22455895     +Tamarack Fairways,   Homeowners Association,   1250 Diehl Road, Suite 405,
               Naperville, IL 60563-9389
22455896     +U.S. Bank National Association,   c/o Kozeny & McCubbin Illinois, LLC,
               105 W. Adams Street, Suite 1850,   Chicago, IL 60603-4120
22455897     +U.S. Bank, N.A.,   c/o Noonan and Lieberman, Ltd.,   105 W. Adams Street, Suite 1100,
               Chicago, IL 60603-6238

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22703517      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 13 2015 03:16:18
               American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
               Oklahoma City, OK   73126-8941
22455864     +E-mail/Text: updates@brennanclark.com Nov 13 2015 03:01:00       Brennan & Clark, Ltd.,
               721 E. Madison,   Suite 200,   Villa Park, IL 60181-3083
22455865     +E-mail/Text: ebn@squaretwofinancial.com Nov 13 2015 03:00:58       Cach, LLC,
               4340 S. Monaco Street,   Unit 2,   Denver, CO 80237-3408
23306147     +E-mail/Text: bankruptcy@cavps.com Nov 13 2015 03:00:35       Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
22455874      E-mail/Text: data_processing@fin-rec.com Nov 13 2015 02:59:06
               Financial Recovery Services, Inc.,   PO Box 385908,   Minneapolis, MN 55438-5908
22455876     +E-mail/Text: creditcontrolbk@firstmerchants.com Nov 13 2015 03:01:15
               First Merchants Bank, servicer for,   Citizens Financial Bank,   200 E. Jackson Street,
               Muncie, IN 47305-2835
22455883     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 13 2015 02:59:39       Midland Credit Management, Inc.,
               PO Box 60578,   Los Angeles, CA 90060-0578
22455887     +Fax: 407-737-5634 Nov 13 2015 05:01:35       Ocwen Financial Corporation,   1661 Worthington Road,
               Suite 100,   West Palm Beach, FL 33409-6493
22756597      E-mail/Text: bkdepartment@rtresolutions.com Nov 13 2015 03:00:20
               Real Time Resolutions, Inc.,   1349 Empire Central Drive, Suite #150,   PO Box 36655,
               Dallas, TX 75247
22554420      E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2015 03:14:10       Synchrony Bank,
               c/o Recovery Management Systems Corp.,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22455859*   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank of America,   PO Box 982235,   El Paso, TX 79998)
22455857*   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank of America,   PO Box 982235,   El Paso, TX 79998)
22455858*   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank of America,   PO Box 982235,   El Paso, TX 79998)
22455855*    +Bank of America,   PO Box 5170,   Simi Valley, CA 93062-5170

```
District/off: 0752-1           User: adragonet              Page 2 of 2                   Date Rcvd: Nov 12, 2015
                               Form ID: pdf006              Total Noticed: 37


              ***** BYPASSED RECIPIENTS (continued) *****
22455863*     +Blatt, Hasenmiller, Leibsker LLC,    125 S. Wacker Dr.,    Ste 400,    Chicago, IL 60606-4440
22455871*     +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
22455873*     +Creditors Discount & Audit, Co.,    415 E. Main Street,    PO Box 213,    Streator, IL 61364-0213
22455875*      Financial Recovery Services, Inc.,    PO Box 385908,    Minneapolis, MN 55438-5908
22455879*     +Freedman Anselmo Lindberg, LLC,    1771 W. Diehl Road, Suite 150,    PO Box 3228,
                Naperville, IL 60566-3228
22455881*      Grant Smale,    24352 Woodhall Court,    Oak Lawn, IL 60453
22455891*     +Sandman, Levy, and Petrich,    134 N. LaSalle Street, 9th Floor,    Chicago, IL 60602-1000
22455892*     +Sandman, Levy, and Petrich,    134 N. LaSalle Street, 9th Floor,    Chicago, IL 60602-1000
22455893*     +Sandman, Levy, and Petrich,    134 N. LaSalle Street, 9th Floor,    Chicago, IL 60602-1000
22455894*     +Sandman, Levy, and Petrich,    134 N. LaSalle Street, 9th Floor,    Chicago, IL 60602-1000
                                                                                             TOTALS: 0, * 14, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2015                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 10, 2015 at the address(es) listed below:
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Rachael A Stokas     on behalf of Creditor    OCWEN LOAN SERVICING, LLC, AS SERVICER FOR CHRISTIANA
               TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS
               TRUSTEE OF ARLP TRUST 3 ND-Two@il.cslegal.com
              Robert R Benjamin    on behalf of Debtor Yolanda  Evans rrbenjamin@golanchristie.com,
               lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;wstefaniak@golanchri
               stie.com;tfalligant@golanchristie.com
              Zane L. Zielinski    zzielinski@wfactorlaw.com,
               zzielinski@ecf.epiqsystems.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
                                                                                             TOTAL: 4
```