## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Yolanda Evans | § | Case No. 14-35254 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,972,000.00 *(Without deducting any secured claims)* | Assets Exempt: 131,471.00 |
| Total Distributions to Claimants: 4,702.89 | Claims Discharged Without Payment: 4,717,173.59 |
| Total Expenses of Administration: 1,415.11 | |

3) Total gross receipts of $ 6,118.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 6,118.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 2,825,281.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,415.11 | 1,415.11 | 1,415.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 6,000.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,915,895.39 | 149,108.76 | 149,108.76 | 4,702.89 |
| **TOTAL DISBURSEMENTS** | $ 4,747,176.39 | $ 150,523.87 | $ 150,523.87 | $ 6,118.00 |

4)  This case was originally filed under chapter 7 on  09/29/2014 .  The case was pending for 20 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/11/2016                          By:/s/Zane L. Zielinski
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking, savings or other financial accounts | 1129-000 | 6,118.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 6,118.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 5170 Simi Valley, CA 93062 | | 818,674.00 | NA | NA | 0.00 |
| | First Merchants Bank, servicer for Citizens Financial Bank 200 E. Jackson Street Muncie, IN 47305 | | 1,146,346.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mortgage Electronic Registration as nominee for Countrywide Bank 1901 E. Voorhees Street, Ste C Danville, IL 61834 | | 195,500.00 | NA | NA | 0.00 |
| | Nationstar Mortgage 350 Highland Drive Lewisville, TX 75067 | | 555,581.00 | NA | NA | 0.00 |
| | Ocwen Financial Corporation 1661 Worthington Road Suite 100 West Palm Beach, FL 33409 | | 0.00 | NA | NA | 0.00 |
| | Ocwen Loan Servicing 1776 S. Jackson Street Denver, CO 80210 | | 109,180.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 2,825,281.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski | 2100-000 | NA | 1,361.80 | 1,361.80 | 1,361.80 |
| Arthur B. Levine Company | 2300-000 | NA | 3.31 | 3.31 | 3.31 |
| The Bank of New York Mellon | 2600-000 | NA | 50.00 | 50.00 | 50.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 1,415.11** | **$ 1,415.11** | **$ 1,415.11** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Grant Smale 24352 Woodhall Court Oak Lawn, IL 60453 | | 6,000.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 6,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ARS National Services, Inc. PO Box 463023 Escondido, CA 92046-3023 | | 5,123.87 | NA | NA | 0.00 |
| | Bank of America PO Box 5170 Simi Valley, CA 93062 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 982235 El Paso, TX 79998 | | 4,900.00 | NA | NA | 0.00 |
| | Bank of America PO Box 982235 El Paso, TX 79998 | | 1,600.00 | NA | NA | 0.00 |
| | Bank of America PO Box 982235 El Paso, TX 79998 | | 23,000.00 | NA | NA | 0.00 |
| | Bank of America, N.A., successor by merger to BAC Home Loans Servicing PO Box 5170 Simi Valley, CA 93062 | | 818,674.52 | NA | NA | 0.00 |
| | Blatt, Hasenmiller, Leibsker LLC 125 S. Wacker Dr. Ste 400 Chicago, IL 60606 | | 19,726.02 | NA | NA | 0.00 |
| | Blatt, Hasenmiller, Leibsker LLC 125 S. Wacker Dr. Ste 400 Chicago, IL 60606 | | 9,430.47 | NA | NA | 0.00 |
| | Brennan & Clark, Ltd. 721 E. Madison Suite 200 Villa Park, IL 60181 | | 1,088.00 | NA | NA | 0.00 |
| | Cach, LLC 4340 S. Monaco Street Unit 2 Denver, CO 80237 | | 15,313.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One 90 Christiana Road New Castle, DE 19720 | | 9,430.00 | NA | NA | 0.00 |
| | Capital One Bank PO Box 85520 Richmond, VA 23285 | | 3,155.00 | NA | NA | 0.00 |
| | Chase Cardmember Services PO Box 15153 Wilmington, DE 19886-5153 | | 0.00 | NA | NA | 0.00 |
| | Chase PO Box 15298 Wilmington, DE 19850 | | 2,465.00 | NA | NA | 0.00 |
| | Chase PO Box 15298 Wilmington, DE 19850 | | 5,123.00 | NA | NA | 0.00 |
| | Creditors Discount & Audit, Co. 415 E. Main Street PO Box 213 Streator, IL 61364 | | 1,679.00 | NA | NA | 0.00 |
| | Creditors Discount & Audit, Co. 415 E. Main Street PO Box 213 Streator, IL 61364 | | 891.00 | NA | NA | 0.00 |
| | Financial Recovery Services, Inc. PO Box 385908 Minneapolis, MN 55438-5908 | | 1,729.06 | NA | NA | 0.00 |
| | Financial Recovery Services, Inc. PO Box 385908 Minneapolis, MN 55438-5908 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FirstSource Advantage, LLC 205 Bryant Woods South Amherst, NY 14228 | | 1,738.99 | NA | NA | 0.00 |
| | Freedman Anselmo Lindberg, LLC 1771 W. Diehl Road, Suite 150 PO Box 3228 Naperville, IL 60566 | | 3,972.36 | NA | NA | 0.00 |
| | Freedman Anselmo Lindberg, LLC 1771 W. Diehl Road, Suite 150 PO Box 3228 Naperville, IL 60566 | | 1,892.67 | NA | NA | 0.00 |
| | Law Offices of Ira T. Nevel, LLC 175 North Franklin Street Suite 201 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | MRS Associates of New Jersey 1930 Olney Avenue Cherry Hill, NJ 08003 | | 1,738.99 | NA | NA | 0.00 |
| | P. Scott Lowery, P.C. 5680 Greenwood Plaza Blvd. Suite 500 Greenwood Village, CO 80111 | | 15,724.26 | NA | NA | 0.00 |
| | Sandman, Levy, and Petrich 134 N. LaSalle Street, 9th Floor Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sandman, Levy, and Petrich 134 N. LaSalle Street, 9th Floor Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Sandman, Levy, and Petrich 134 N. LaSalle Street, 9th Floor Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Sandman, Levy, and Petrich 134 N. LaSalle Street, 9th Floor Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Sandman, Levy, and Petrich 134 N. LaSalle Street, 9th Floor Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Tamarack Fairways Homeowners Association 1250 Diehl Road, Suite 405 Naperville, IL 60563 | | 60.00 | NA | NA | 0.00 |
| | U.S. Bank National Association c/o Kozeny & McCubbin Illinois, LLC 105 W. Adams Street, Suite 1850 Chicago, IL 60603 | | 649,301.99 | NA | NA | 0.00 |
| | U.S. Bank, N.A. c/o Noonan and Lieberman, Ltd. 105 W. Adams Street, Suite 1100 Chicago, IL 60603 | | 143,729.52 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | 7100-000 | 10,108.67 | 10,262.35 | 10,262.35 | 373.02 |
| 3 | N. A. Capital One Bank (Usa) | 7100-000 | 0.00 | 3,105.36 | 3,105.36 | 112.88 |
| 2 | Real Time Resolutions, Inc. | 7100-000 | 145,000.00 | 116,015.03 | 116,015.03 | 4,216.99 |
| 4 | Cavalry Spv I, Llc | 7200-000 | 19,300.00 | 19,726.02 | 19,726.02 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,915,895.39 | $ 149,108.76 | $ 149,108.76 | $ 4,702.89 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 14-35254 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|---|---|---|
| Case Name: | Yolanda Evans | | | | Date Filed (f) or Converted (c): | 09/29/2014 (f) |
| | | | | | 341(a) Meeting Date: | 10/23/2014 |
| For Period Ending: | 05/11/2016 | | | | Claims Bar Date: | 03/06/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Real Property | 650,000.00 | 0.00 | | 0.00 | FA |
| 2.  Real Property | 550,000.00 | 0.00 | | 0.00 | FA |
| 3.  Real Property | 800,000.00 | 0.00 | | 0.00 | FA |
| 4.  Checking, savings or other financial accounts | 1,200.00 | 0.00 | | 0.00 | FA |
| 5.  Checking, savings or other financial accounts | 92,271.00 | 0.00 | | 0.00 | FA |
| 6.  Checking, savings or other financial accounts | 8,918.00 | 6,118.00 | | 6,118.00 | FA |
| 7.  Household goods and furnishings, including audio, video, and | 2,000.00 | 0.00 | | 0.00 | FA |
| 8.  Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 9.  Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 10.  Interests in IRA, ERISA, Keogh, or other pension or profit s | 5,000.00 | 0.00 | | 0.00 | FA |
| 11.  Stock and interests in incorporated and unincorporated busin | 0.00 | 0.00 | | 0.00 | FA |
| INT.  Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $2,109,589.00 | $6,118.00 | | $6,118.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee has submitted the Final Report for approval.

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Single Family Residence 26922 S. River Bluff Drive Channah |
| RE PROP # | 2 | -- | Single Family Residence 24352 Woodhall Court Naperville, Il |
| RE PROP # | 3 | -- | Single Use Commercial 23823-23831 W. Andrew Road Plainfield, |
| RE PROP # | 4 | -- | Harris Checking (...1966) |
| RE PROP # | 5 | -- | Harris Checking (...0542) Proceeds Of Life Insurance Policy |
| RE PROP # | 6 | -- | Harris Savings |
| RE PROP # | 7 | -- | Furniture |
| RE PROP # | 8 | -- | Clothing |
| RE PROP # | 9 | -- | Jackson National Life Insurance $90,000.00 Term Policy |
| RE PROP # | 10 | -- | Harris Roth Ira |
| RE PROP # | 11 | -- | Interest In Deceased Husband Shares Of Premier Transport, Lt |

Initial Projected Date of Final Report (TFR): 12/01/2015        Current Projected Date of Final Report (TFR): 12/01/2015

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-35254 | Trustee Name: Zane L. Zielinski |
| Case Name: Yolanda Evans | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX4206 |
| | Checking |
| Taxpayer ID No: XX-XXX1617 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/11/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/14/15 | | Transfer from Acct # xxxxxx4923 | Transfer of Funds | 9999-000 | $6,064.69 | | $6,064.69 |
| 12/14/15 | 5001 | Zane L. Zielinski 105 WEST Madison; suite 1500 Chicago, Illinois 60602 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,361.80 | $4,702.89 |
| 12/14/15 | 5002 | American Infosource Lp As Agent For Midland Funding Llc Po Box 268941 Oklahoma City, Ok 73126-8941 | Final distribution to claim 1 representing a payment of 3.63 % per court order. | 7100-000 | | $373.02 | $4,329.87 |
| 12/14/15 | 5003 | Real Time Resolutions, Inc. 1349 Empire Central Drive, Suite #150 Po Box 36655 Dallas, Tx 75247 | Final distribution to claim 2 representing a payment of 3.63 % per court order. | 7100-000 | | $4,216.99 | $112.88 |
| 12/14/15 | 5004 | N. A. Capital One Bank (Usa) Capital One Bank (Usa), N.A. Po Box 71083 Charlotte, Nc 28272-1083 | Final distribution to claim 3 representing a payment of 3.63 % per court order. | 7100-000 | | $112.88 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $6,064.69 | $6,064.69 |
| Less: Bank Transfers/CD's | $6,064.69 | $0.00 |
| Subtotal | $0.00 | $6,064.69 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $6,064.69 |

| | | |
|---|---|---|
| Page Subtotals: | $6,064.69 | $6,064.69 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 14-35254

Case Name: Yolanda Evans

Trustee Name: Zane L. Zielinski

Bank Name: The Bank of New York Mellon

Account Number/CD#: XXXXXX4923

Checking

Taxpayer ID No: XX-XXX1617

For Period Ending: 05/11/2016

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/03/14 | 6 | Yolanda Evans 26922 River Bluff Road Channahon, IL 60410 | Bank Account | 1129-000 | $6,118.00 | | $6,118.00 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,108.00 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,098.00 |
| 02/16/15 | 101 | Arthur B. Levine Company Maria Sponza Adams-Levine 60 East 42nd Street, Room 965 New York, New York 10165 | Yearly Bond Payment | 2300-000 | | $3.31 | $6,094.69 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,084.69 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,074.69 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,064.69 |
| 07/14/15 | | Transfer to Acct # xxxxxx4206 | Transfer of Funds | 9999-000 | | $6,064.69 | $0.00 |

| | | | |
|---|---|---:|---:|
| COLUMN TOTALS | | $6,118.00 | $6,118.00 |
| Less: Bank Transfers/CD's | | $0.00 | $6,064.69 |
| Subtotal | | $6,118.00 | $53.31 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $6,118.00 | $53.31 |

Page Subtotals:  $6,118.00   $6,118.00

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4206 - Checking | $0.00 | $6,064.69 | $0.00 |
| XXXXXX4923 - Checking | $6,118.00 | $53.31 | $0.00 |
|  | $6,118.00 | $6,118.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $6,118.00 |
| Total Gross Receipts: | $6,118.00 |